Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-423-106**

**Effective Date of Registration:**
October 17, 2024

**Registration Decision Date:**
November 25, 2024

---

## Title

**Title of Work:** On Top Of The World

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** May 30, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Theodoros Zirinis
  **Author Created:** 2-D artwork
  **Citizen of:** Greece

## Copyright Claimant

**Copyright Claimant:** Theodoros Zirinis
15 Spetson Street, Halandri, 15232, Greece

---

## Rights and Permissions

**Name:** Theodoros Zirinis
**Email:** info@handsoffmydinosaur.com
**Address:** 15 Spetson Street
Halandri 15232 Greece

## Certification

**Name:** David Denholm
**Date:** October 17, 2024
**Applicant's Tracking Number:** TZ2024101702

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-423-104**

**Effective Date of Registration:**
October 17, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title

**Title of Work:** Tuesday

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 19, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Theodoros Zirinis
  **Author Created:** 2-D artwork
  **Citizen of:** Greece

## Copyright Claimant

**Copyright Claimant:** Theodoros Zirinis
15 Spetson Street, Halandri, 15232, Greece

## Rights and Permissions

**Name:** Theodoros Zirinis
**Email:** info@handsoffmydinosaur.com
**Address:** 15 Spetson Street
Halandri 15232 Greece

## Certification

**Name:** David Denholm
**Date:** October 17, 2024
**Applicant's Tracking Number:** TZ2024101703

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-423-102**

**Effective Date of Registration:**
October 17, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title

**Title of Work:** Banana Laundry

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** November 26, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Theodoros Zirinis
  **Author Created:** 2-D artwork
  **Citizen of:** Greece

## Copyright Claimant

**Copyright Claimant:** Theodoros Zirinis
15 Spetson Street, Halandri, 15232, Greece

---

## Rights and Permissions

**Name:** Theodoros Zirinis
**Email:** info@handsoffmydinosaur.com
**Address:** 15 Spetson Street
Halandri 15232 Greece

## Certification

**Name:** David Denholm
**Date:** October 17, 2024
**Applicant's Tracking Number:** TZ2024101701

